# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-01406-KLM

HECTOR ARMANDO GIL-LEYVA, an individual

Plaintiff,

v.

SHENOA TALEESE LESLIE, an individual

Defendants.

_____

### DEFENDANT'S RESPONSE AND NO OBJECTION TO *PRO BONO* COUNSEL'S MOTION TO WITHDRAW
_____

COMES NOW the Defendant, by and through her undersigned Counsel, and files her Response and No Objection to *Pro Bono* Counsel's Motion. In support thereof, Ms. Leslie states as follows:

1. On or about December 8, 2017 *Pro Bono* Counsel for the Plaintiff filed a Motion to Withdraw.

2. The Defendant does not object to the Motion to Withdraw.

WHEREFORE, Ms. Leslie does not object to the Motion to Withdraw.

DATED this 9th day of December 2017.

> */s/ Colin J. Wilhelm*
> Colin J. Wilhelm
> The Richards Law Office
> P.O. Box 3200,
> Glenwood Springs, CO 81601
> 970-456-1922,
> colin@richarslawofficegws.com

## CERTIFICATE OF SERVICE

      I certify that on December 9, 2017, a copy of the foregoing was served via CM/ECF and Email to:

Lidiana Rios
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
Phone: 303.534.0401
lrios@keatingwagner.com

                                       */s/ Colin J. Wilhelm*
                                       Colin J. Wilhelm